# Third District Court of Appeal
## State of Florida

Opinion filed September 6, 2023.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-607
Lower Tribunal Nos. F07-23026A, & F07-23332

_____

**Terrance McCray,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Alberto Milian, Judge.

Terrance Mccray, in proper person.

Ashley Moody, Attorney General, and Magaly Rodriguez, Assistant Attorney General, for appellee.

Before EMAS, MILLER, and BOKOR, JJ.

PER CURIAM.

Affirmed. See Corzo v. State, 806 So. 2d 642, 645 (Fla. 2d DCA 2002) (explaining ineffective assistance of counsel claim on postconviction relief motion is procedurally barred when prior opinion on direct appeal expressly addresses issue of ineffective assistance of counsel); Wright v. State, 113 So. 3d 43, 44 (Fla. 2d DCA 2012) ("[Appellant] failed to provide any details regarding the allegedly foregone plea offer, which is required as part of the prejudice analysis in claims such as these."); Griffin v. State, 866 So. 2d 1, 22 (Fla. 2003) ("[W]here individual claims of error alleged are either procedurally barred or without merit, the claim of cumulative error must fail."); see also McCray v. State, 283 So. 3d 406, 408–09 (Fla. 3d DCA 2019) (hearing appellant's ineffective assistance claim and finding it to be without merit).